ACCEPTED
03-14-00602-CR
3905371
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 5:02:43 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00602-CR

In the
Court of Appeals
Third District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 5:02:43 PM
JEFFREY D. KYLE
Clerk

The State of Texas,
Appellant

v.

Anthony James Sanchez,
Appellee

Appeal from the 167th Judicial District Court
Travis County, Texas
Cause Number D-1-DC-13-200502

## APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME

### TO THE HONORABLE COURT OF APPEALS:

The Appellee, Anthony James Sanchez, by and through the undersigned

counsel Rocio Ramirez, moves for an extension of the deadline for filing the

State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and

10.5(b), advises the Court as follows:

(a) The appellee filed a Motion to Suppress Evidence on January 27, 2014.

The Trial Court filed an Order granting the Motion to Suppress Evidence on

August 29, 2014. The State of Texas filed a notice of Appeal in the above cause

on September 18, 2014. The reporter's record was filed on September 30, 2014.

1

The clerk's record was filed on October 16, 2014. The State filed its brief on January 5, 2015.

(b) The Appellee's brief is currently due on **January 26, 2015.**

(c) This request is that the deadline for filing the Appellee's brief be extended by 30 days.

(d) The number of previous extensions of time granted for submission of the Appellee's brief is: none.

(e) The Appellee relies upon the following facts to reasonably explain the need for an extension of deadline:

1. The undersigned counsel is a sole practitioner. The undersigned counsel has been preparing for a trial which is currently set for February 3, 2015, *The State of Texas v. Benjamin Anguiano-Hernandez,* Cause No. 431776 and has numerous pre-trial hearings and immigration matters through January 26, 2015.

2. In addition, this case involves complex issues of fact and law. Counsel must conduct extensive legal research in order to prepare the Appellee's brief.

3. This request is not made for the purpose of delay, but to ensure that the Court has a proper Appellee's brief to aid in the just disposition of the above cause.

WHEREFORE, the Appellee respectfully requests that the deadline for filing the Appellee's brief be extended to February 26, 2015.

Respectfully submitted,

Rocio Ramirez
SBN: 24037328
1603 Babcock, Suite 159
San Antonio, Texas 78229
(210) 785-0443
Fax: (210) 785-0453
Email: rocio@rocioramirezlaw.com

## Certificate of Compliance and Service

I hereby certify that this brief contains 485 words, based upon the computer program used to generate this brief and excluding words contained in those parts of the brief that Texas Rule of Appellate Procedure 9.4(i) exempts from inclusion in the word count, and that this brief is printed in a conventional, 14-point typeface.

I further certify that, on the 26th day of January, 2015, a true and correct copy of this brief was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorneys, Angie Creasy, Assistant District Attorney, P.O. Box 1748, Austin, Texas 78767, fax: (512) 854-4810, email:Angie.Creasy@traviscountytx.gov.

Rocio Ramirez